KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MABN 100560)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612450
   Telephone: (510) 637-3701
   Facsimile: (510) 637-3724
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00334 SBA |
|    Plaintiff, ) | STIPULATION AND FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| v. ) | |
| LAL BHATIA, ) | |
|    Defendant. ) | |

     Plaintiff, United States of America, by and through its counsel of record, and the defendants, through counsel of record, hereby stipulate as follows:

     1. The parties respectfully request that the appearance scheduled for November 15, 2005 at 9:00 a.m. be continued to December 13, 2005 at 9:00 a.m.

     2. The parties agree that the time period from November 15, 2005, through and including December 13, 2005, should be excluded from the Speedy Trial Act calculation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

     3. The continuance is requested to give the parties additional time to review the thousands of pages of documents provided in discovery. Additionally, defendant Lal Bhatia is presently reviewing thousands of files retrieved from several computer components seized from him by the

Stipulation and Order to Continue
CR 05-00334 SBA

government in May 2005.  For the foregoing reasons, the parties stipulate and agree that the ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendants in a speedy trial because the failure to grant such a continuance would unreasonably deny the parties the reasonable time necessary for effective preparation, taking into account due diligence.

Dated: _____
DOUGLAS L. RAPPAPORT
Counsel for defendant Lal Bhatia

Dated: _____
JEROME MATTHEWS
Counsel for defendant Marzban Mody

Dated: _____
ELENA CONDIS
Counsel for defendant Henri Berger

Dated: _____
DORON WEINBERG
Counsel for defendant Steven Shelton

Dated:                              KEVIN V. RYAN
United States Attorney


_____
STEPHEN G. CORRIGAN
Assistant United States Attorney

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

The time period from November 15, 2005 through and including December 13, 2005, should be excluded from the Speedy Trial Act calculation pursuant to 18 U.S.C.§§ 3161(h)(8)(A) and (B)(iv), in that the parties stipulated and the Court agrees that the ends of justice served by this exclusion outweigh the best interest of the public and the defendant in a speedy trial, that a failure to exclude this time would result in a miscarriage of justice, and that the failure to exclude this time would deny counsel for the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on the findings, IT IS HEREBY ORDERED THAT the scheduled appearance date of November 15, 2005 at 9:00 a.m., be continued to December 13, 2005 at 9:00 a.m., and that time between November 15, 2005 and December 13, 2005 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: November 15, 2005.

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

Stipulation and Order to Continue
CR 05-00334 SBA                    3