IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-334 SBA |
| Plaintiff, | |
| v. | **ORDER** |
| LAL BHATIA, | [Docket No. 69] |
| Defendant. | |

On December 7, 2005, Defendant Lal Bhatia filed an *Ex Parte* Application for an order authorizing the filing of a motion brief in excess of twenty-five (25) pages. Defendant's oversize motion is a "Motion Requesting a *Franks v. Delaware* Hearing to Set Aside a Search Warrant Procured by Reckless Falsehoods and Material Omissions" [Docket No. 29.] Absent leave of court, the maximum length of an opening memorandum is twenty-five pages. Civ. L.R. 7-4(b). Defendant's motion brief is three pages over the twenty-five page limit. Defendant argues the requested relief is appropriate given that the affidavit used to procure the search warrant exceeded 60 pages.

Good cause appearing,

IT IS HEREBY ORDERED Defendant's *Ex Parte* Application for an order authorizing the filing of a brief in excess of the page limit is GRANTED.

IT IS SO ORDERED.

Dated: 12/14/05

SAUNDRA BROWN ARMSTRONG
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-334 SBA |
| Plaintiff, | |
| v. | **ORDER** |
| LAL BHATIA, | [Docket No. 69] |
| Defendant. | |

On December 7, 2005, Defendant Lal Bhatia filed an *Ex Parte* Application for an order authorizing the filing of a motion brief in excess of twenty-five (25) pages. Defendant's oversize motion is a "Motion Requesting a *Franks v. Delaware* Hearing to Set Aside a Search Warrant Procured by Reckless Falsehoods and Material Omissions" [Docket No. 29.] Absent leave of court, the maximum length of an opening memorandum is twenty-five pages. Civ. L.R. 7-4(b). Defendant's motion brief is three pages over the twenty-five page limit. Defendant argues the requested relief is appropriate given that the affidavit used to procure the search warrant exceeded 60 pages.

Good cause appearing,

IT IS HEREBY ORDERED Defendant's *Ex Parte* Application for an order authorizing the filing of a brief in excess of the page limit is GRANTED.

IT IS SO ORDERED.

Dated: 12/14/05

SAUNDRA BROWN ARMSTRONG
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-334 SBA |
| Plaintiff, | |
| v. | **ORDER** |
| LAL BHATIA, | [Docket No. 69] |
| Defendant. | |

On December 7, 2005, Defendant Lal Bhatia filed an *Ex Parte* Application for an order authorizing the filing of a motion brief in excess of twenty-five (25) pages. Defendant's oversize motion is a "Motion Requesting a *Franks v. Delaware* Hearing to Set Aside a Search Warrant Procured by Reckless Falsehoods and Material Omissions" [Docket No. 29.] Absent leave of court, the maximum length of an opening memorandum is twenty-five pages. Civ. L.R. 7-4(b). Defendant's motion brief is three pages over the twenty-five page limit. Defendant argues the requested relief is appropriate given that the affidavit used to procure the search warrant exceeded 60 pages.

Good cause appearing,

IT IS HEREBY ORDERED Defendant's *Ex Parte* Application for an order authorizing the filing of a brief in excess of the page limit is GRANTED.

IT IS SO ORDERED.

Dated: 12/14/05

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge