IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 05-0334-SBA-01 |
| Plaintiff, | |
| v. | **ORDER** |
| LAL BHATIA, et al., | [Docket no. 83] |
| Defendants. | |

_____

On December 29, 2005, Douglas Rappaport filed a Motion to Withdraw as counsel of record for Defendant Lal Bhatia in the above-referenced matter [docket no. 83]. Mr. Rappaport is not Defendant Bhatia's counsel of record in this case. Sunita Kapoor is Defendant Bhatia's only counsel of record, and has been since Defendant Bhatia's initial appearance in this case.

Accordingly, this Court hereby DENIES Mr. Rappaport's Motion to Withdraw as moot.

IT IS SO ORDERED.

Dated: 1/17/06

SAUNDRA BROWN ARMSTRONG
United States District Judge