```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  STEPHEN G. CORRIGAN (MASB 100560)
    DANA WAGNER (CASBN 209099)
 5  Assistant United States Attorneys

 6     1301 Clay Street, Suite 340S
       Oakland, California 94612
 7     Telephone: (510) 637-3701
       Fax: (510) 637-3724
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00334 SBA |
| ) | |
| Plaintiff, ) | UNITED STATES' WITNESS LIST |
| ) | |
| v. ) | Date: May 22, 2006 |
| ) | Time: 8:30 a.m. |
| LAL BHATIA, et al., ) | Place: Courtroom #3 |
| ) | |
| Defendants. ) | |
| ) | |

The United States hereby files a list of witnesses it anticipates calling during its case-in-chief. The United States requests leave of the Court to revise this list as it becomes necessary or appropriate.

RALPH F. ABERCIA, President and Chairman, Inderra Houston

Mr. Abercia will testify that he applied for a loan of $105 million from the defendants to finance the construction of an aquarium/entertainment complex in Houston, Texas. Mr Abercia will testify that he paid $1,575,000 to Wolfe and Turner in advance fees for the loan, but the loan

United States' Witness list
CR 05-00334 SBA

1  was never funded and his fees were never repaid.  Mr. Abercia will testify to false oral and
2  written representations made by the defendants before and after the payment of $1,575,000,  and
3  the events of November 10, 2003 in Las Vegas, Nevada  when defendant Bhatia introduced him
4  and other representatives from Inderra Houston to defendant Mody as Bhatia's assistant,
5  defendant Berger as Sir Richard Benson of Sherwin and Noble, and defendant Shelton as Dr.
6  Adrian Michaels.
7  RALPH ABERCIA,  Father of Ralph F. Abercia
8      Mr. Abercia will testify as to false representations made to him and his son, Ralph F.
9  Abercia, by defendants regarding the funding of their $105 million project.
10 MELISSA ARECHIGA, General Manager, Lakeside Business Suites, Las Vegas, Nevada
11     Ms. Arechiga will testify that Wolfe and Turner contracted for telephone receptionist and
12 mail receiving services at Lakeside Business Suites in Las Vegas.   She will further testify that
13 FedEx packages addressed to the attention of Wolfe & Turner delivered to Lakeside Business
14 Suites were picked up by a person she knew as Adrian Michaels.
15 BANK OF AMERICA, Custodian of Records
16     A custodian of records will testify that Bank of America issued a debit card to Marzban
17 Mody in the name of Wolfe & Turner Investments Inc. and Bank of America maintained
18 checking accounts in the name of Wolfe and Turner.
19 JEAN BATMAN,  Attorney, Duane Morris
20     Ms. Batman will testify that she is an attorney and former employee of the law firm of Duane
21 Morris in San Francisco, California.  Ms. Batman will testify that her firm was retained by Wolfe
22 and Turner to prepare loan documents in which Sherwin & Noble was named as the lender for
23 prospective borrowers Inderra Houston and Carlton Orlando.
24 BELLAGIO HOTEL, Custodian of Records
25     A custodian of records for the Bellagio Hotel in Las Vegas will testify that their records
26 reflect that three rooms were reserved at the Bellagio under the name of Marzban Mody with an
27 arrival date of November 9, 2003, and departure dates of November 10 and 11, 2003.
28

JOSEPH CAMILLUCCI, Special Agent, IRS

IRS Special Agent Joseph Camillucci will testify to his analysis of Wolfe and Turner bank accounts in relation to the money laundering charges.

ERIC RAMONE CIFRE, Principal, Cypress Capital

Mr. Cifre will testify he is a principal in Cypress Capital, an advisory firm specializing in real estate. He will further testify he approached Gerry Florent for funding of the Inderra Houston project on behalf of Ralph Abercia. Mr. Cifre will also testify about representations made by defendants Bhatia and Berger, posing as Sir Richard Benson, at the Las Vegas meetings. Cifre will testify he identified defendant Benson as Sir Richard Benson and defendant Shelton as Dr. Adrian Michaels.

CITIBANK, Custodian of Records

A Custodian of Records from Citibank will testify that Marzban Mody was issued a Citibank credit card.

GERRY FLORENT, Principal, Carlton Orlando and Broker, Inderra Houston

Mr. Florent will testify that he submitted loan requests to Wolfe and Turner for the funding of a convention hotel in Orlando, Florida as well as an aquarium complex in Houston, Texas. Florent will testify that he attended meetings in Las Vegas, Nevada, where both loan requests were discussed with defendant Bhatia and the purported financier for both projects, Sir Richard Benson, of Sherwin & Noble. Regarding the Orlando, Florida loan request, Florent will testify he arranged for payment of an advance fee of $412,250 to Wolfe and Turner as required by the Letter of Commitment issued by Wolfe and Turner. Mr. Florent will further testify that neither loan request was funded nor were fees returned.

ROBERT HAUSER, Representative from Society for Worldwide Interbank Financial Telecommunication (SWIFT)

Mr. Hauser will testify that the document shown by the defendants to the prospective investors at the November 10, 2003 meetings with prospective investors identified as an MT-103, was a false document.

United States' Witness list
CR 05-00334 SBA                                3

1 | MARZBAN MODY, Defendant

2 | Marzban Mody will testify that he pled guilty under the terms of a cooperation agreement.
3 | Mr. Mody will explain the overall scheme to defraud and the roles played by himself and the
4 | other defendants.

5 | KAREN MUTH, Vice President, Bank of America

6 | Ms. Muth will testify that the business Wolfe and Turner established an account at the
7 | Capital office of Bank of America located in Sacramento, California. She will further testify that
8 | all wire transfers for Northern California process through the wire transfer unit of Bank of
9 | America located in Concord, California and that checks drawn on accounts held at Northern
10 | California branches are processed at Bank of America's processing center located in San
11 | Francisco, California.

12 | POSTAL ANNEX, Walnut Creek, California

13 | A Custodian of Records will testify that Marzban Mody rented mail boxes in Walnut Creek,
14 | California in the name of Wolfe & Turner Investments Inc. and one in the name of Marzban
15 | Mody.

16 | POSTNET, Mail Receiving Service Center, Henderson, Nevada

17 | A Postnet custodian of records will testify that Postnet is located at 1000 N. Green Valley
18 | Parkway, #300, Henderson, Nevada, and that box 136 was assigned to Steve Shelton of the
19 | Honberg Group.

20 | DONALD SEE, Computer Forensics, Federal Bureau of Investigation

21 | Mr. See will testify that he has been employed by the Federal Bureau of Investigation for the
22 | past twenty-two years and has been a computer forensic examiner for the past eight years. He
23 | will testify about his forensic imaging and examination of digital media belonging to defendants
24 | Lal Bhatia and Marzban Mody.

25 | SOUTHWEST AIRLINES, Custodian of Records

26 | A custodian of records for Southwest Airlines will testify that Southwest Airlines records
27 | reflect that passengers Marzban Mody, Lal Bhatia and Henri Berger flew to Las Vegas on
28 | November 9, 2003 and that passenger Henri Berger left Las Vegas on the evening of November

1  10, 2003, and passengers Bhatia and Mody departed Las Vegas on November 11, 2003.

2  STIRLING CLUB, Custodian of Records

3     A custodian of records for the Stirling Club will testify that records of the Stirling Club

4  reflect that Lal Bhatia was a member of the Stirling Club and held two meetings at the Club on

5  November 10, 2003, booked under the group name of Wolfe & Turner.

6  JAMES TATONETTI, Former employee of Wolfe and Turner

7     Mr. Tatonetti will testify that he is not the "authorized signatory" for Wolfe and Turner, and

8  did he sign any loan documents. Mr. Tatonetti will further testify that the Letters of

9  Commitment, Loan Term Sheets, Escrow Agreements, and other such documents bearing what

10 appears to be his signature, were not signed by him.

11 STEPHEN TIEMANN, Attorney

12    Mr. Tiemann will testify that he is an attorney who represented the business Inderra Houston

13 in their efforts to obtain a loan from Wolfe and Turner. He will further testify that he was

14 present during the meeting at the Stirling Club in Las Vegas on November 10, 2003.

15 MARC WATSON, President, Universal City Property Management/Representative for Stanley

16 Thomas. Watson will testify that he was present on November 10, 2003, in Las Vegas in the

17 meeting between the four defendants and Gerry Florent. Mr. Watson will testify that based upon

18 the representations made by the defendants, the escrow agent for Carlton Orlando released

19 $412,250 in advance fees.

20 JEFFREY WEINBERGER, Attorney for Cypress Capital

21    Mr. Weinberger will testify that he was general counsel for Cypress Capital and was present

22 at the November 10, 2003 Las Vegas meeting between Ralph Abercia, Jr. and Ralph Abercia, Sr.,

23 and the four defendants. Mr. Weinberger will testify as to representations made by the

24 defendants during the meeting.

25 WENDY YURGO, Attorney

26    Ms. Yurgo will testify she is an attorney who was employed by defendant Lal Bhatia to

27 review loan packages. She will further testify she attended the November 10, 2003 meetings in

28 Las Vegas where the principals of Carlton Orlando and Inderra Houston met with all four

United States' Witness list
CR 05-00334 SBA                5

1 | defendants.
2 |
3 | DATED: April 25, 2006                    Respectfully submitted,
4 |                                                          KEVIN V. RYAN
5 |                                                          United States Attorney
6 |
7 |                                                          _____/s/_____
   |                                                          STEPHEN G. CORRIGAN
8 |                                                          DANA R. WAGNER
   |                                                          Assistant United States Attorneys
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

United States' Witness list
CR 05-00334 SBA                         6