STANLEY G. HILTON, ESQ., SBN 65990
580 California Street, Rm. 500
San Francisco, CA 94104
Telephone: 415-786 4821
FAX 415 439 4963
E MAIL: 4561414@GMAIL.COM

Attorneys for Defendant, LAL BHATIA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAL BHATIA,<br><br>Defendant. | Case No.: CR-04-40071 CW AND CR-05-00334-SBA<br><br>**STIPULATION AND ORDER TO CONTINUE BAIL REVIEW HEARING** |

It is hereby stipulated by and between the parties that the BAIL REVIEW HEARING on the above-referenced cases shall be CONTINUED from December 17, 2007 at 10:00 am to December 19, 2007 at 10:00 am, due to schedule conflict of defendant's attorney

DATE DEC 11 2007

_____/S/_____

Stanley G. Hilton, Esq.
Attorneys for Defendant,
Lal Bhatia

_____/S/_____

STEPHEN CORRIGAN,
ASSISTANT US ATTORNEY
FOR PLAINTIFF UNITED STATES OF AMERICA

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED THAT the BAIL REVIEW HEARING on these cases shall be CONTINUED from December 17, 2007 to December 19, 2007 at 10:00 am.

Date _____

_____
WAYNE BRAZIL
US MAGISTRATE

