**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-00334 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 395] |
| LAL BHATIA, | |
| Defendant. | |

The Motion for and Notice of Withdrawal of Counsel [Docket No. 395] filed on July 3, 2008, by Ramiah Shanti Brien, Esq., is DENIED as moot, as she is not a counsel of record for defendant Lal Bhatia in this matter.

IT IS SO ORDERED.

October 27, 2008

_____
Saundra Brown Armstrong
United States District Judge