# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No: CR 05-0334 SBA |
|---|---|
| Plaintiff, | **ORDER VACATING TRIAL SETTING** |
| vs. | |
| LAL BATIA, et al., | |
| Defendants. | |

On June 25, 2009, the Ninth Circuit issued an order staying the Mandate in this action pending resolution of Defendant Batia's Petition for Writ of Certiorari to the Supreme Court. (Docket 436.) In view of the stay order, Defendant Batia has filed a motion to vacate the trial setting conference currently scheduled for July 7, 2009. (Docket 438.) Because the Mandate has been stayed, the request to vacate to the trial setting conference set for July 7, 2009 is GRANTED. The Government shall notify the Court forthwith regarding any changes in the status of Defendant's Petition for Writ of Certiorari.

Defendant also requests the Court to order that he remain incarcerated at FCI Dublin until the trial setting conference is rescheduled so that he can work with his attorney on his appeals and motions. However, Defendant is in the custody of the Bureau of Prisons ("BOP"), and it is the BOP's decision, not the Court's, as to where the Defendant is incarcerated. Therefore, Defendant's request to remain at FCI Dublin is DENIED.

Defendant Steven Shelton's request to be excused from personally appearing in Court on July 7, 2009 (Docket 433) is DENIED as moot.

IT IS SO ORDERED.

Dated: July 6, 2009

Hon. Saundra Brown Armstrong
United States District Judge