UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LAL BHATIA, et al.,<br><br>    Defendants. | Case No: CR 05-0334 SBA<br><br>**ORDER CONTINUING HEARING** |

PLEASE TAKE NOTICE THAT the hearing on defendant Lal Bhatia's motion to stay and the status/trial setting conference scheduled for September 21, 2010, is CONTINUED to **November 16, 2010, at 11:00 a.m.**

IT IS SO ORDERED.

Dated: September 13, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge