UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAL BHATIA,<br><br>Defendant. | Case No: CR 05-00334 SBA<br><br>**ORDER** |

On March 17, 2011, Defendant Lal Bhatia ("Defendant") pleaded guilty to Count One of the Indictment—Wire Fraud, 18 U.S.C. § 1343, and to Count Four of the Indictment—Money Laundering, 18 U.S.C. § 1957. Dkt. 553, 556. On September 7, 2011, the Court sentenced Defendant to a term of sixty-three months of imprisonment to be served concurrently on Counts One and Four, and a term of three years of supervised release to run concurrently on Counts One and Four. Dkt. 597, 602, 604. The Court also ordered Defendant to pay a special assessment of $200 and restitution of $1,987,250. Id.

On September 30, 2011, Defendant, acting pro se, filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. Dkt. 614. Also on September 30, 2011, Defendant filed a motion for bail pending resolution of his § 2255 motion, and, a motion to be relieved of appointed counsel and to appear pro se in connection with the § 2255 motion. Dkt. 613, 615. The Government has not responded to Defendant's motions. To expedite this matter, the Court directs the Government to respond to Defendant's motions as set forth below. Accordingly,

IT IS HEREBY ORDERED THAT Defendant's motion to be relieved of counsel and to proceed pro se is GRANTED. The Government shall file its response to Defendant's motion for bail and Defendant's § 2255 motion within thirty (30) days of the date of this order. Defendant shall file his reply to the Government's response within

fourteen (14) days from the date the Government files its response.  This order terminates Docket 613.

    IT IS SO ORDERED.

Dated:  October 6, 2011

                                          _____
                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA et al, | |
| Plaintiff, | |
| v. | |
| BHATIA et al, | |
| Defendant. | |

Case Number: CR05-00334 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Lal Bhatia** (1)
97562-011
Federal Detention Center
5675 Eighth Street, Camp Parks
Dublin, CA 94568

Dated: October 7, 2011

Richard W. Wieking, Clerk

By: LISA R CLARK, Deputy Clerk